IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHAMIM A. CHOWDHURY and § <br> LIZA S. CHOWDHURY, § <br>     Plaintiffs, § <br> § <br> v. § <br> § <br> WELLS FARGO BANK, N.A., § <br>     Defendant. § | Civil Action No. 3:19-CV-3048-M-BH |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant Wells Fargo Bank, N.A.'s Motion for Summary Judgment*, filed October 23, 2020 (doc. 11), is **GRANTED**. By separate judgment, the plaintiffs' claims will be **DISMISSED with prejudice**.

SIGNED this 12th day of April, 2021.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE